# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
      *Plaintiff*,

v.                                    Case No. 14-20014-02-KHV

**JULIE CLIFTON,**
      *Defendant*.

---

### ORDER TO TERMINATE DEFENDANT'S TERM OF SUPERVISED RELEASE

---

      This matter is before the Court on defendant's <u>Unopposed Motion for Early Termination of Supervised Release</u> (Doc. #970) filed August 8, 2024, which the government and the U.S. Probation Office do not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the U.S. Attorney and the U.S. Probation Office. For substantially the reasons stated in defendant's <u>Unopposed Motion for Early Termination of Supervised Release</u> (Doc. #970) filed August 8, 2024, the Court finds that defendant's term of supervised release should be terminated.

      **IT IS THEREFORE ORDERED** that defendant's <u>Unopposed Motion for Early Termination of Supervised Release</u> (Doc. #970) filed August 8, 2024 is **SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

      Dated this 27th day of August, 2024 at Kansas City, Kansas.

                                                                    s/ Kathryn H. Vratil
                                                                    KATHRYN H. VRATIL
                                                                United States District Judge